**Affirmed as modified; Opinion Filed June 28, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00757-CR

**MIGUEL GUERRERO REYES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-53482-V**

# MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Lang

A jury convicted Miguel Guerrero Reyes of indecency with a child. The trial court sentenced appellant to twelve years in prison. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

Although not an arguable issue, we note the trial court's judgment incorrectly recites the offense for which appellant was convicted as "indecency with a child continuous," which is a first-degree felony. *See* TEX. PENAL CODE ANN. § 21.02(b) (West Supp. 2017). The record shows, however, appellant was indicted for and the jury found him guilty of indecency with a child by sexual contact, which is a second-degree felony. *See* TEX. PENAL CODE ANN. § 21.11(a)(1). On our own motion, we modify the judgment to show the offense for which appellant was convicted is "indecency with a child by sexual contact." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Estrada v. State*, 334 S.W.3d 57, 63–64 (Tex. App.—Dallas 2009, no pet.).

As modified, we affirm the trial court's judgment.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
170757F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIGUEL GUERRERO REYES, Appellant

No. 05-17-00757-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F16-53482-V.
Opinion delivered by Justice Lang. Justices Myers and Stoddart participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "Offense for which Defendant Convicted" is modified to show "Indecency with a Child by Sexual Contact."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered this 28th day of June, 2018.